UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUCKLEY RECYCLE CENTER, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. C13-1184 RSM<br><br>ORDER DENYING MOTION TO MODIFY ORDER |

This matter comes before the Court on Defendant Buckley Recycle Center ("Buckley")'s Motion, Dkt. #219, to modify the Court's Order Granting Motion to Enforce Consent Decree and Imposing Sanctions, Dkt. #206.  Buckley earlier moved for reconsideration on this Order and that was denied.  Dkt. #210. Buckley appealed the Court's Order and that appeal is pending.  *See* Dkt. #211.  On October 24, 2025, the Ninth Circuit denied Buckley's Motion seeking to stay the Order and to expedite the appeal.  Dkt. #215.

The Order sanctioned Buckley $1,000 a day, starting from July 15, 2025, and set up a process for the parties to meet-and-confer to determine when sanctions should cease.  Dkt. #206 at 2.  The Order directed that the sanctions be paid to the Rose Foundation for the Communities and the Environment and that "[p]ayment shall be due thirty (30) days from the date of this order, and every ninety (90) days thereafter."  *Id*.

ORDER DENYING MOTION TO MODIFY ORDER – 1

In the instant Motion, Buckley "requests that the sanctions payments be held in a trust account of either counsel for [Buckley] or counsel for WAP while the appeal is pending." Dkt. #219 at 1. Buckley argues that "there is simply no way to know if the funds will be able to be returned in the event that the appeal changes or reverses the Order." *Id*. at 2. Buckley cites no case law or applicable legal authority for its request.

The Court finds that Buckley has failed to demonstrate any legal basis for its request. The concern that there is no way to get the funds back in the event that the appeal is granted could be said about every appeal. Furthermore, the Ninth Circuit has already ruled on the issue of granting a stay—by denying it. Buckley simply fails to engage with applicable law or to set forth facts justifying a break from the standard practice.

Accordingly, having considered Buckley's Motion and the remainder of the record, the Court hereby finds and ORDERS that the instant Motion, Dkt. #219, is DENIED.

Dated this 23rd day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO MODIFY ORDER – 2